UNITED STATES of America,
Plaintiff-Appellee,

v.

Alejandro VILLAREAL, Defendant-
Appellant.

No. 17-6578

United States Court of Appeals,
Fourth Circuit.

Submitted: July 27, 2017

Decided: August 1, 2017

Alejandro Villareal, Appellant Pro Se.
Amy Elizabeth Ray, Assistant United
States Attorney, Asheville, North Carolina,
for Appellee.

Before AGEE and FLOYD, Circuit
Judges, and HAMILTON, Senior Circuit
Judge.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Alejandro Villareal seeks to appeal the
district court's order denying relief on his
28 U.S.C. § 2255 (2012) motion. The order
is not appealable unless a circuit justice or
judge issues a certificate of appealability.
28 U.S.C. § 2253(c)(1)(B) (2012). A certifi-
cate of appealability will not issue absent
"a substantial showing of the denial of a
constitutional right." 28 U.S.C.
§ 2253(c)(2) (2012). When the district court
denies relief on the merits, a prisoner sat-

isfies this standard by demonstrating that
reasonable jurists would find that the dis-
trict court's assessment of the constitution-
al claims is debatable or wrong. *Slack v.
McDaniel,* 529 U.S. 473, 484, 120 S.Ct.
1595, 146 L.Ed.2d 542 (2000); *see Miller-El
v. Cockrell,* 537 U.S. 322, 336-38, 123 S.Ct.
1029, 154 L.Ed.2d 931 (2003). When the
district court denies relief on procedural
grounds, the prisoner must demonstrate
both that the dispositive procedural ruling
is debatable, and that the motion states a
debatable claim of the denial of a constitu-
tional right. *Slack,* 529 U.S. at 484-85, 120
S.Ct. 1595.

We have independently reviewed the
record and conclude that Villareal has not
made the requisite showing. Accordingly,
we deny a certificate of appealability and
dismiss the appeal. We dispense with oral
argument because the facts and legal con-
tentions are adequately presented in the
materials before this court and argument
would not aid the decisional process.

*DISMISSED*